IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18CR3125 |
| vs. | |
| JAMES ALIRIO HERNANDEZ-SAMAYOA, | ORDER |
| Defendant. | |

Given the government's response that the property is not in its hands, but is held by local authorities and the government does not object to the return of the items,

IT IS ORDERED that the defense motion (filing no. 172) is denied without prejudice but the defendant may seek and obtain the property from the Grand Island authorities by calling the person indicated in the government's response (filing no. 174).

Dated this 22nd day of July, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge